‰AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

Middle **RECEIVED** District of _____Alabama_____

2007 JAN 19 A 9: 43

Plaintiff

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
V.   MIDDLE DISTRICT ALA

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

2:07-CV-67-ID

CASE NUMBER: 2:07CV60-ID

Defendant

I, **Robert Casey**, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Ventress Correctional Facility**

   Are you employed at the institution? **No**    Do you receive any payment from the institution? **-NA-**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.    **-NA-**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.    **-NA-**

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes  ☒ No
   b. Rent payments, interest or dividends              ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes  ☒ No
   d. Disability or workers compensation payments       ☐ Yes  ☒ No
   e. Gifts or inheritances                             ☐ Yes  ☒ No
   f. Any other sources                                 ☐ Yes  ☒ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

SCANNED
08/19/07

4

4.  Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes," state the total amount. ___-NA-___

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes," describe the property and state its value.

    — NA —

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    — NA —

I declare under penalty of perjury that the above information is true and correct.

___Jan 6/07___    ___Richard Casey___
Date              Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Case Number

___ ___ _____
ID   YR   NUMBER
(To be completed by
Court Clerk)

# IN FORMA PAUPERIS DECLARATION

[Insert Appropriate Court]

Robert Casey
(Petitioner)

vs.

STATE OF ALABAMA
(Respondent(s))

DECLARATION IN SUPPORT OF REQUEST TO PROCEED
IN FORMA PAUPERIS

I, Robert Casey, declare that I am the Petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay costs of said proceeding or to give security therfor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No ✓

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
       N/A

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
       N/A

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?
       Yes _____    No ✓

    b. Rent payments, interest, or dividends?
       Yes _____    No ✓

    c. Pensions, annuities, or life insurance payments?
       Yes _____    No ✓

    d. Gifts or inheritances?
       Yes _____    No ✓

    e. Any other sources?
       Yes _____    No ✓

Page 1

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

_N/A_

3. Do you own cash, or do you have money in a checking or savings account?
   Yes _____    No ___✓___

   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   If the answer is "yes," describe the property and state its approximate value.

   _N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _N/A_

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____ 2/__/07 _____
              (Date)

_Robert Carey_  A.I.S. #24/411
Signature of Petitioner

**CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $ _20.13_ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _Ventress Correctional Facility_ institution:

_Computed monthly balances attached_

1/3/07
Date

Ventress Correctional Facility
P. O. Box 767
Clayton, AL 36016-0767

AUTHORIZED OFFICER OF INSTITUTION

Rule 32
Page 2

01/03/2007

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                    VENTRESS CORR FAC


AIS #: 241411    NAME: CASEY, ROBERT JAMAR         AS OF: 01/03/2007

                # OF      AVG DAILY     MONTHLY
      MONTH     DAYS       BALANCE      DEPOSITS
----------------------------------------------------------------------

       JAN       28         $0.00        $0.00
       FEB       28         $0.00        $0.00
       MAR       31         $0.00        $0.00
       APR       30         $0.00        $0.00
       MAY       31         $0.00        $0.00
       JUN       30         $0.00        $0.00
       JUL       31         $0.00        $0.00
       AUG       31         $0.06       $16.17
       SEP       30         $0.24        $0.00
       OCT       31         $3.46       $20.00
       NOV       30        $23.25       $20.00
       DEC       31        $20.13        $0.00
       JAN        3        $20.13        $0.00
```