IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT JAMAR CASEY, AIS #241411, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:07cv67-ID |
| ) | |
| J. C. GILES, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On March 15, 2007, the court entered an order adopting the recommendation of the magistrate judge and dismissing this case without prejudice, in part, for failure of the plaintiff to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A). The same date a partial filing fee was received by the court. Accordingly, it is CONSIDERED and ORDERED that the court's order of dismissal (Doc. No. 9) be and the same is hereby VACATED.

DONE this 16th day of March, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE