IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT JAMAR CASEY, #241411, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-67-ID |
| | ) |
| J. C. GILES, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In light of the court's receipt of a partial filing fee on March 15, 2007, and for good cause, it is

ORDERED that the Recommendation entered on February 20, 2007 (Court Doc. No. 7) be and is hereby WITHDRAWN.

Done this 26th day of March, 2007.

                                        /s/ Susan Russ Walker
                                   SUSAN RUSS WALKER
                                   UNITED STATES MAGISTRATE JUDGE